IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

JANICE GIBBS,

    Plaintiff,

v.                                          Case No.: 3:08-0727
                                              Judge Haynes

QSOURCE, INC.,

    Defendant.

### ORDER OF STIPULATION OF DISMISSAL WITH PREJUDICE

All parties having agreed to a dismissal of this case with prejudice, it is hereby

**ORDERED**, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that this case is

**DISMISSED** with prejudice. Each party shall bear its own costs.

SO ORDERED, this _23rd_ day of November, 2009.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE